tion by the Erie Railroad Company against Mary Ann Steward and others. No opinion. Order settled.